UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH  <br><br>    MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Marla Althaus v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11150-DRH |
| *Sarah Bryant v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10716-DRH |
| *Carolyn Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10399-DRH |
| *Deanna Evans v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12545-DRH |
| *Samantha J. Fearer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12585-DRH |
| *Bridgette Gasaway v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11919-DRH |
| *Erin House v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13311-DRH |
| *Tiffany Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10512-DRH |
| *Kimberly Massey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10615-DRH |
| *Brittney Morton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11135-DRH |
| *Heather Opitz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13133-DRH |

| | |
|---|---|
| *Selena Pinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11917-DRH |
| *Ashley Powers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10438-DRH |
| *Jaclyn Robbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12329-DRH |
| *Jessica Yost v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13134-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 2, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

          NANCY J. ROSENSTENGEL,
          CLERK OF COURT

          BY: __/s/*Caitlin Fischer*__
          **Deputy Clerk**

**Dated:** May 5, 2014

Digitally signed by David R. Herndon
Date: 2014.05.05 13:35:13 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**